NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LUCIEN ALEXIS,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-786
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

Chris M. Pratt, Palmetto, for Appellant.


PER CURIAM.

          Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Smith v. State,

120 So. 3d 155 (Fla. 4th DCA 2013); Johnson v. Office of State Attorney, 987 So. 2d

206 (Fla. 5th DCA 2008); Francois v. State, 934 So. 2d 536 (Fla. 3d DCA 2006).


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.